# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JUANICE GIBBS                                                                                          PLAINTIFF

v.                                    NO. 3:14-cv-00266 PSH

CAROLYN W. COLVIN, Acting Commissioner                                                 DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 21st day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE